tiorari to the District Court of Appeal, 1st Appellate District, Division One, of California, denied. *Mr. Arthur B. Dunne* for petitioner. *Mr. Herman A. Bachrack* for respondent.

No. 556. UPDIKE ET AL. *v.* MANUFACTURERS TRUST CO. December 9, 1935. Petition for writ of certiorari to the Supreme Court of New York, Appellate Division, denied. *Mr. William S. Siemon* for petitioners. *Mr. Basil Robillard* for respondent.

No. 557. JOSEPH T. RYERSON & SON, INC. *v.* BULLARD MACHINE TOOL CO. December 9, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. George I. Haight* for petitioner. *Mr. Merrell E. Clark* for respondent.

No. 570. V. VIVAUDOU, INC. *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 571. ALFRED H. SMITH CO. *v.* SAME. December 9, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Benjamin V. Becker* and *Randolph E. Paul* for petitioners. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. Sewall Key* for respondent.

No. 574. ELECTRIC AUTO-LITE CO. *v.* P. & D. MANUFACTURING CO., INC. December 9, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sec-